Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

_Ann Yarnell_
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

_James F. Willock_
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☒ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name             _Ann Yarnell_
   Street Address   _P.O. Box 150_
   City and County  _Norfolk, MA 02056_
   State and Zip Code
   Telephone Number _508-918-5310_
   E-mail Address   _____

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1
    Name: James F. Wellock
    Job or Title (if known): city of Lynn, assistant solicitor
    Street Address: 3 City Hall Square
    City and County: Lynn, Essex County
    State and Zip Code: Massachusetts 01901
    Telephone Number: 781-586-6840 office
    E-mail Address (if known): law@lynnma.gov

Defendant No. 2
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *1st amendment, 5th amendment, 8th amendment, 10th amendment, gender discrimination, fraud*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

      b.      If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

More than 3 years of physical assaults, by police / neighbors on my private property because of lies by James Wellock and non-stop criminal trespass. No peace, no privacy.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. James F. Wellock, assistant city solicitor for city of Lynn sent a malicious letter to the plaintiff Ann Yarnell dated April 27, 2021. Wellock refers to a letter to then acting police chief Desmarais

con't.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The plaintiff respectfully asks the court to order James Wellock to retract his false statements in a public apology, and an injunction to stop all trespassers on Yarnell's land.

Page 4 of 5

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Jury trial requested, Alleged wrongs continue to the present time as I sat in my yard on my adjacent lot 14 when hostile abusive neighbor, at 24 Western Ave. (trespassers) ordered me off

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 24, 2024

Signature of Plaintiff: [signature]

Printed Name of Plaintiff: Ann Yarnell

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

III con't

from Yarnell wherein she states proven facts that the record owner of 33 Bachanan Circle, Lynn owns the real estate and the right of way laid out over its lot 15A, further she provides a copy of The Boston Appeals Court memorandum dated Jan. 10, 2020 that confirms those facts. Wellock's letter berates Yarnell, falsely alleging that she is incorrect. This violates Yarnell's right to free speech as guaranteed by the first amendment to the U.S. Constitution.

2. Yarnell was one of 2 plaintiffs in a law suit brought against the city for its fraudulent attempt to take Yarnell's property. The Land Court judge dismissed the case unlawfully. The plaintiffs appealed, The Boston Appeals Court remanded the case back to Land Court, but upheld the judge's unfair ruling that Ann Yarnell had no right to be a plaintiff, after 2 years of her appearance in court. Still not satisfied that Ann Yarnell could no longer be a plaintiff in her own case,

Wellock, being a male chauvinist, bullies Yarnell in his letter to her, a thinly veiled threat. This violates her Constitutional right to be protected from gender bias.

3. The city claimed in the 16 MISC 217 case that they took land from abutting neighbors, who do <u>not</u> own any of the fee, thereby committing fraud. They also claimed in one part of the alleged taking that they were taking an easement, in another part of the phoney taking paperwork that they are taking the fee. The city claimed an Eminent Domain taking, however, it was <u>not</u> Eminent Domain because they did <u>not</u> comply with <u>any</u> of the 50 or so precedents. Manipulation of the court caused the Yarnells to lose a case that they had clearly won. Wellock continues his fraudulent claims: "City's taking of the "street"." A street cannot be taken for the purpose of making a street. Wellock also refers to "a status

of the "public way." There is no public way. The real estate remains in the name of the owner in fee, Robert Yarnell. Wellock falsely claims the Appeals Court did not issue findings of fact. They did: They said truthfully that Robert Yarnell is the sole owner. Wellock insists that the Land Court will decide the status on remand. Wellock likes to believe that the Land Court has the authority, not the Appeals Court. Wellock falsely refers to "Buchanan Way" as if such fictitious street exists and that it will continue to be a public street until a court rules otherwise. All the above statements from Wellock make up 'fraud'. His falsified facts remain as is, and are presented to other departments in the city, who are taking orders from Wellock. Ann Yarnell's right to use and enjoy her own property (only tenant, and agent for the property of 33 Buchanan Circle) is severely curtailed, and impossible at times, and of course makes it dangerous. Yarnell's 5th amendment right to due process

is denied.

4. Ann Yarnell was jailed for wks then again for 5 months because she is speaking the truth. She has been arrested and continues to be threatened by police for being on her own land. Due process denied to Ann Yarnell.

5. Wellock has violated the city of Lynn's contract with its citizens, to protect them. This is another violation of the U.S. Constitution, the 10th amendment, rights reserved to people.

IV Relief con't.

of my own property, because her guest in a huge van, Boomer OJ, parked in my backyard and decided to back up my driveway/yard falsely alleging that I was in <u>his</u> way. I was not. Beth Kercakoglow called the Lynn police. Three officers in 3 cruisers rushed agressively across my driveway/yard past where I was sitting. This occured on Tuesday April 23, 2024 mid-afternoon. They went to her back door.

Punitive damages of $500K for abuse, loss of freedom, denied right to my property for 11 years (3 due to James Wellock's fraudulent statements) $200K in actual damages to stone walls on Yarnell's land and $200K damage to asphalt paved area.

Injunction to prevent all from entering 33 Buchanan Circle, Lynn.

Respectfully submitted

4-25-24                    Ann Yarnell

I, Ann Yarnell do hereby certify that I have this day 25 of April 2024 mailed 1st class U.S.P.S. this complaint against James F. Wellock (to Lynn city hall), under the pains and penalties of perjury; to the Federal District Court for the Eastern Region.

Respectfully,

4-25-24