United States District Court

Eastern District of Massachusetts

Ann Yarnell, pro se, plaintiff

v

James F. Wellock, defendant

Case no.

Motion for Appointment of Counsel

The plaintiff is in her seventies, is retired, has some disabilities making daily life a real challenge, is indigent. She has spent many hours trying to find a lawyer. Only two law firms were willing to take the case. One firm wanted a $25,000.00 deposit and the other wanted a $10,000.00 deposit. Neither firm said what they intended to do for their client. No law firms were willing to represent the plaintiff, including those who offer pro bono services. The plaintiff spoke to dozens of law firms. No law firm in Massachusetts was willing to do a law suit, as it is against a government entity in Massachusetts, or against people they know.

1 of 2

The plaintiff has only a cell phone, no computer or printer. The plaintiff must wait for someone to come to her home to pick up mail to be delivered as the post office refuses to deliver to her home or to pick up mail. Someone must go to the post office to retrieve her mail; it is tampered with.

The plaintiff can only do limited research on her cell phone. She was in the habit of going to a law library in person and was able to make copies off laws/cases/rules, etc. Travel now that she was the victim of a hit and run on her own yard is extremely limited, since July 2019.

The assistance of counsel would be a tremendous help especially trying to follow the rules of court.

The plaintiff spends all her time working on her legal issues but pain and limited mobility has curtailed that a great deal.

The plaintiff is compelled to exercise her human rights and looks forward to this court making things right and lawful Respectfully submitted.

4-23-24

2 of 2                                pro se